**THE BUSINESS LITIGATION GROUP, P.C.**
MARC N. BERNSTEIN (Cal. Bar No. 145837)
mbernstein@blgrp.com
WILL B. FITTON (Cal. Bar No. 182818)
wfitton@blgrp.com
CHRISTIAN G. ANDREU-VON EUW (Cal. Bar No. 265360)
christian@blgrp.com
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Phone:      (415) 765-6633
Facsimile:  (415) 283-4804

Attorneys for Plaintiff
*UAB "Planner5D"*

**JENNER & BLOCK LLP**
David R. Singer (S.B.N. 204699)
dsinger@jenner.com
515 S. Flower Street, Suite 3300
Los Angeles, CA 90071-2246
Phone: (213) 239-5100
Facsimile: (213) 239-5199

Susan J. Kohlmann (pro hac vice)
skohlmann@jenner.com
Cayman C. Mitchell (pro hac vice)
cmitchell@jenner.com
Sarah L. Atkinson (pro hac vice)
satkinson@jenner.com
1155 Avenue of the Americas
New York, NY 10036-2711
Phone: (212) 891-1600
Facsimile: (212) 891-1699

Attorneys for Defendant
*The Trustees of Princeton University*

**KIRKLAND & ELLIS LLP**
Dale M. Cendali (SBN 1969070)
dale.cendali@kirkland.com
Mary Mazzello (*pro hac vice*)
mary.mazzello@kirkland.com
Jonathan D. Brit (*pro hac vice*)
jonathan.brit@kirkland.com
Abbey Quigley (*pro hac vice*)
abbey.quigley@kirkland.com
601 Lexington Avenue
New York, NY 10022
T: (212) 446-4800
F: (212) 446-4900

Yan-Xin Li (SBN 332329)
yanxin.li@kirkland.com
555 California Street, 27th Floor
San Francisco, CA 94104
T: (415) 439-1400
F: (415) 439-1500

Attorneys for Defendants
*Meta Platforms, Inc.* and *Meta Platforms Technologies, LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UAB "PLANNER5D" dba PLANNER 5D,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC., META PLATFORMS TECHNOLOGIES, LLC, THE TRUSTEES OF PRINCETON UNIVERSITY, DOES 1-200, ABC CORPORATIONS 1-20, and XYZ UNIVERSITIES 1-20,<br>Defendants. | **Case No. 3:19-cv-03132-WHO (SK)**<br>**Case No. 3:20-cv-08261-WHO (SK)**<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

The parties to these consolidated actions have entered a confidential settlement agreement ("Agreement"), under which these actions will be dismissed with prejudice and the U.S. District Court for the Northern District of California ("Court") will retain and have jurisdiction over any actions arising under the Agreement, including any actions to enforce the Agreement (meaning, if any party brings an action arising from this Agreement, the parties agree that the federal district court for the Northern District of California will have jurisdiction over the suit). Fed. R. Civ. P. 41(a)(2).

Accordingly, all parties now stipulate and request the Court order the consolidated actions dismissed with prejudice with the Court retaining and having jurisdiction over actions arising under the Agreement.

IT IS SO STIPULATED.

DATED: May 6, 2025                **THE BUSINESS LITIGATION GROUP, P.C.**

By:   */s/ Marc N. Bernstein*
         Marc N. Bernstein

Attorneys for Plaintiff
*UAB "Planner5D"*

DATED: May 6, 2025                **KIRKLAND & ELLIS LLP**

By:   */s/ Dale Cendali*
         Dale Cendali

Attorneys for Defendants
*Meta Platforms, Inc.* and *Meta Platforms Technologies, LLC*

DATED: May 6, 2025                **JENNER & BLOCK LLP**

By:   */s/ Susan J. Kohlmann*
         Susan J. Kohlmann

Attorneys for Defendant
*The Trustees of Princeton University*

**Attestation**

    I, Marc N. Bernstein, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order of Dismissal. In compliance with Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from all signatories.

DATED: May 6, 2025

By:    <i>/s/ Marc N. Bernstein</i>

## [PROPOSED] ORDER

By stipulation, and good cause having been shown, the Court orders as follows:

The matter is dismissed with prejudice.

The United States District Court for the Northern District of California retains and has jurisdiction over any actions arising under the parties' settlement agreement, including any actions to enforce the settlement agreement. As such, if any party brings an action arising from this Agreement, the federal district court for the Northern District of California will have jurisdiction over the suit.

DATED:  ___May 13, 2025                    _____
                                           THE HONORABLE WILLIAM H. ORRICK
                                           UNITED STATES DISTRICT JUDGE